784 A.2d 716

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. LUIS A. CRUZ, JR., DEFENDANT–MOVANT.

September 10, 2001.

ORDER

Leave to appeal is granted.